**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Betty M. Peterson, on behalf of herself
and all others similarly situated,

        Plaintiff,        Civil No. 07-4073 (RHK/RLE)

vs.

**ORDER**

Financial Freedom Senior Funding Corporation,
a Delaware corporation,

        Defendant.

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 26, 2007

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge